UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA SAN-MIGUEL HERRERA,<br><br>Petitioner,<br><br>v.<br><br>DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement,, JULIO HERNANDEZ, Acting Seattle Field Office Director, U.S. Immigration and Customs Enforcement, and NORTHWEST ICE PROCESSING CENTER,<br><br>Respondents. | CASE NO. 2:26-cv-02732-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Proposed Petition for Writ of Habeas Corpus (Dkt. No. 1) and the Petition for Writ of Habeas Corpus (Dkt. No. 4), which are identical documents, contain exhibits that include personal identifiers that, pursuant to Federal Rule of Civil Procedure 5.2(a) and Local Civil Rule 5.2, should only be filed on the docket under seal.

(2) Therefore, the Clerk is hereby DIRECTED to:

(a) Seal the Proposed Petition for Writ of Habeas Corpus (Dkt. No. 1); and

(b) Replace the document posted at Docket Number 4 with two separate documents:

(i) At Docket Number 4, the Petition for Writ of Habeas Corpus, consisting of pages 1–22 of the document currently at Docket Number 4. This document SHALL remain unsealed.

(ii) At Docket Number 4-1, the Exhibits to the Petition for Writ of Habeas Corpus, consisting of pages 23–121 of the document currently at Docket Number 4. This document SHALL be placed under seal.

Dated this 23rd day of October, 2026.

Joshua C. Lewis
Clerk of the Court

s/ Kadya Peter
Deputy Clerk